IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LACOSTE ALLIGATOR, S.A.,

     Plaintiff,

        v.                                     CIV. NO. 05-2259 (PG)

RODOLFO SURIA SANTIAGO, ET AL.,

     Defendant.

### OPINION AND ORDER

Before the Court is plaintiff Lacoste Alligator, S.A.'s Motion for Summary Judgment and Memorandum of Law (Docket No. 65) as to the following co-defendants:

    (1)  Roberto Rivera Mendoza d/b/a Revolution Wave Import
    (2)  Altagracia Perez Sanchez d/b/a Vale's Gift Shop
    (3)  Daniel Morales Manzano d/b/a Danny's Sport d/b/a Tienda la Mejor
    (4)  Hector Mercer Guerrero d/b/a/ Eau De Parfum

These co-defendants have failed to oppose the motion for summary judgment, despite ample opportunity to do so. Therefore, pursuant to Local Rule 56(e), and it appearing that plaintiff's statement of facts is properly supported by the record, the Court deems plaintiff's statement of facts admitted.

It appears from the uncontested facts and the applicable law that plaintiff is entitled to summary judgment in its favor. Accordingly, the Court **GRANTS** plaintiff's motion for summary judgment as to these four defendants. **(Docket No. 65.)** The Court shall schedule a hearing to determine damages.

Also before the Court is plaintiff's motion for Judgment by Default and Memorandum of Law (Docket No. 68) against the following defendants[1]:

    (1)  Arthur Brode
    (2)  Betzari Rivera Reyes d/b/a Betzari
    (3)  Brian Camacho d/b/a Moda Intima
    (4)  Eloy Lopez Torres d/b/a Pito New York Style
    (5)  Guillermo Telon d/b/a Season Outlet Import
    (6)  Hector Figueroa d/b/a/ Zaccos
    (7)  Jose L. Martinez Perez d/b/a El Mundo de los Relojes
    (8)  Jose Rodriguez d/b/a Romantic Times, Inc., and or Romantic Accessories, Inc.,

---

[1] Default has been entered against all of these defendants. See Docket Nos. 57, 58 & 78.

        (9)  Leomar Marquez d/b/a Perfumeria L.R. Fragancia
        (10) Luis Molinari Mercado d/b/a Chemo's
        (11) Marcelo Sulia Romero
        (12) Mayra Martinez d/b/a Lausell Imports
        (13) Melida Concepcion Parra d/b/a MMM Accesorios y Algo Mas
        (14) Migdalia Rivera Camacho, acting as manager of the business known
             as Distribuidora 2004
        (15) Modesto Montolio Caceres d/b/a/ Modesto LNU
        (16) Claudio Cabral Estrella d/b/a Melani Imports
        (17) Ramuel Rodriguez Gonzalez d/b/a Miscelaneos Leumar
        (18) Rodolfo Sulia Santiago d/b/a Alius Corp.
        (19) Rolando Cabezas d/b/a Rolando Lnu
        (20) Santa Galvez d/b/a Aroma Gift Shop
        (21) Vidianire Gonzales d/b/a Vida Fantasia
        (22) Distribuidora 2004

     Having carefully reviewed the motion, the applicable case law, as the
record of the case, the Court **GRANTS** plaintiff's motion pursuant to
Fed.R.Civ.P.55(b)(2).(Docket No. 68.) The Court shall schedule a hearing to
determine the amount of damages to be imposed.

     In the interest of justice, the Court will hold one hearing to determine
both the amount of damages to be imposed upon the 4 defendants against whom
summary judgment has been entered and the 22 defendants against whom default
judgment has been entered.

        **IT IS SO ORDERED.**

     In San Juan, Puerto Rico, December 6, 2006.


                                   S/JUAN M. PEREZ-GIMENEZ
                                   U. S. DISTRICT JUDGE